IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALEXANDER ROMERO HERNANDEZ,

      Appellant,

v.                                               Case No. 5D23-9
                                                 LT Case No. 16-2018-CF-006189-AXX

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 16, 2023

Appeal from the Circuit Court
for Duval County,
Gilbert L. Feltel, Jr., Judge.

Jessica J. Yeary, Public Defender,
and Pamela D. Presnell, Assistant
Public Defender, Tallahassee, for
Appellant.

Ashley Moody, Attorney General,
and Julian E. Markham, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., MAKAR and EISNAUGLE, JJ., concur.